IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 19-CR-2758 KG |
| ) | |
| **MICHAEL HARPER**, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO OBJECTIONS TO PSR

THIS MATTER having come before the Court upon the Government's unopposed motion for a 10-day extension of time from July 25, 2022, to August 4, 2022, within which to respond to Defendant's Objections to PSR, filed July 17, 2022, and the Court having reviewed the motion and being fully advised in the premises, FINDS that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the United States shall file its response to Defendant's Objections to PSR by August 4, 2022.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
MARIA Y. ARMIJO
Assistant U.S. Attorney